**HOME INSURANCE COMPANY, a Corporation, Appellant,**

v.

**LOUISVILLE & NASHVILLE RAILROAD COMPANY, a Corporation, Appellee.**

Court of Appeals of Kentucky.

Feb. 11, 1955.

Shumate & Shumate, Irvine, for appellant.

C. E. Rice, Jr., Lexington, E. B. Rose, Beattyville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment denying appellant, Home Insurance Company, the right to recover on its subrogation agreement the sum of $226 from appellee, Louisville & Nashville Railroad Company. The lower court directed a verdict for appellee. We have read the pleadings, the evidence and the briefs and we conclude the evidence fully sustains the action of the trial judge.

The motion is overruled and the judgment is affirmed.